UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DALE BURNS, ET AL.,

Plaintiff,

v.

CITY OF MINNEAPOLIS, ET AL.,

Defendant.

Case No. 00-577 ADM/AJB

**SECOND AMENDED NOTICE OF SETTLEMENT CONFERENCE**

---

You are hereby given notice that the settlement conference in the above referenced case previously scheduled for August 22, 2000 at 1:30 p.m., has been moved. The settlement conference will take place on **August 25, 2000, at 9:00 a.m.,** before the undersigned Magistrate Judge.

Dated: 8/8/00

Arthur J. Boylan
U. S. Magistrate Judge

Filed AUG 08 2000
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________