UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

Dale Burns and Shirleen Hoffman,

Plaintiffs,

Civil No. 00-577 ADM/AJB

v.

**ORDER ON MOTION COMPEL DISCOVERY**

City of Minneapolis, et al.,

Defendants.

This matter came before the Court, Magistrate Judge Arthur J. Boylan, on defendants' motion to compel responses to interrogatories and requests for production of documents, motion to compel execution of medical releases, request for extension of time for disclosure of expert identities, and request for motion expenses [Docket No. 11]. Hearing was held by telephone on October 5, 2000, at the U.S. Courthouse, 316 No. Robert St., St. Paul MN 55101. Caroline M. Bachun, Esq., appeared on behalf of the defendants. William J. Mavity, Esq., appeared on behalf of the plaintiffs.

Based upon the file and documents contained therein, along with memorandums and arguments of counsel, **IT IS HEREBY ORDERED** that:

1. Defendants' motion to compel is **granted in part and denied in part** [Docket No. 11].

2. Defendants' motion to compel responses to interrogatories and document production requests is **moot.**



FILED OCT 05 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. Defendants' motion to compel execution and return of medical release of information documents is **granted**. Plaintiff shall execute and return the requested medical releases on or before October 26, 2000.

4. Defendants' request for extension of expert disclosure deadlines is **granted** to the extent that defendant shall have until December 1, 2000, to disclose the identity of experts. The deadline for disclosure of defendant expert reports shall remain February 1, 2000.

5. Defendants' request for attorney fees incurred with respect to this motion to compel is **denied**.

Dated: 10/5/00

Arthur J. Boylan
United States Magistrate Judge