UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

DALE BURNS and SHIRLEEN HOFFMAN,

Civil No. 00-577 ADM/AJB

Plaintiffs,

v.

ORDER

THE CITY OF MINNEAPOLIS, Minnesota; ROBERT OLSON, individually, and in his official capacity as Police Chief of the City of Minneapolis, Minnesota; WILLIAM JONES, individually; and SALLY BEEL, individually,

Defendants.

---

The above matter came on for a hearing upon the plaintiff's motion to compel the request of certain documents and for costs.

The Court after considering the arguments of the parties ordered that the defendants submit the disputed documents to the undersigned for an *in camera* inspection and consideration of the claimed privilege as to each of the withheld documents.

The Court having completed the *in camera* inspection of documents hereby orders that the following documents held on the basis of privilege be delivered to the plaintiff and rules therefore that the plaintiff's motion is **granted in part and denied in part**. The parties' respective motions for award of costs are **denied**.

The defendant shall deliver the documents with the following bates numbers to

Filed APR 17 2001
Francis E. Dosal, Clerk
Judgment Entered ___________
Deputy Clerk's Initials ___________

plaintiff:

Bate Nos. 4918, 4919, 4940, 4941, 4942, 4943, 4944, 4945, 4946, 4947, 4948, 4949, 4950, 4951, 4952, 4953, 4954, 4955, save and except that the handwritten note appearing on the bottom half of the document numbered 4955 shall be redacted prior to producing the same to plaintiff, 4956, 4957, 4958, 4959, 4960, 4991, 4992.

All other documents withheld on the basis of privilege may continue to be withheld by defendant until further order of this Court.

Dated: 4/17/01

ARTHUR J. BOYLAN
United States Magistrate Judge

MEMORANDUM

The original copies of the documents submitted for *in camera* inspection shall be returned to defendants. The copy of said documents shall remain in the Court's file under seal.