**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**Dale Burns; and Shirleen Hoffman,**

**Plaintiffs,**

**vs.**

**The City of Minneapolis, Minnesota; Robert Olson, individually, and in his official capacity as Police Chief of the City of Minneapolis, Minnesota; William Jones, individually; and Sally Beel, individually,**

**Defendants.**

**Court File No.: 00-577 ADM/AJB**

**STIPULATION REGARDING EXTENSION OF DISCOVERY, NONDISPOSITIVE MOTION, AND DISPOSITIVE MOTION DEADLINES AND ORDER**

---

WHEREAS, the parties to the above-captioned action desire to facilitate the discovery process in this action; and

WHEREAS, additional time for discovery is needed, considering the difficulties in scheduling depositions in this matter before May 1, 2001;

IT IS HEREBY ORDERED, upon consent of the parties:

1. That the discovery deadline be extended for one month from May 1, 2001 to June 1, 2001;

2. That the nondispositive motion deadline be extended for one month from May 1, 2001 to June 1, 2001;

3. That the dispositive motion deadline be extended for one month from July 1, 2001 to August 1, 2001.

FILED MAY 0 2 200[illegible]
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________

Dated: 4/26/01

MAVITY & ASSOCIATES

By [signature]
WILLIAM J. MAVITY
Attorney Reg. No. 143716
1650 West 82nd Street, Suite 1460
Minneapolis, MN 55431
(612) 885-5600
Attorney for Plaintiffs

Dated: 4/27/01

JAY M. HEFFERN
City Attorney

By [signature]
CAROLINE M. BACHUN
Assistant City Attorney
Attorney Reg. No. 024370X
333 South Seventh Street, Suite 300
Minneapolis, MN 55402
(612) 673-2754
Attorneys for Defendants

ORDER

SO ORDERED.

Dated: 5/1/01

BY THE COURT:

[signature]
Arthur J. Boylan
District Court Magistrate Judge